| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 3:93-cr-273(S1)-J-10 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 04-10144 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Charles Melkonian<br>6 Ivanhoe Road<br>Worcester, MA 508-755-4291 | Middle District of Florida | Jacksonville |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Wm. Terrell Hodges | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM: April 9, 2004 — TO: April 8, 2009 |

**OFFENSE**

Conspiracy to Distribute Lysergic Acid Diethylamide

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Florida__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the __District of Massachusetts__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4-19-04                                                        *[signed] Wm. Terrell Hodges*

Date                                                           Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF __Massachusetts__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 6, 2004                                                    *[signed] William G. Young*

Effective Date                                                 United States District Judge